UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOP AGENT NETWORK, INC., <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL ASSOCIATION OF REALTORS, et al., <br><br> Defendants. | Case No. 20-cv-03198-VC <br><br> **ORDER REQUIRING RESPONSE TO MOTION FOR A TRO** <br><br> Re: Dkt. No. 8 |

The defendants are ordered to respond to Top Agent Network's motion for a TRO by Tuesday, May 19, 2020. Top Agent Network may file a reply by Thursday, May 21, 2020. In their briefs, the parties should discuss whether Top Agent Network's case for irreparable harm is undermined by its delay in filing suit. Top Agent Network must serve this order on the defendants and file proof of service by 2:00 PM PDT on Friday, March 15, 2020.

**IT IS SO ORDERED.**

Dated: May 14, 2020

_____
VINCE CHHABRIA
United States District Judge