LEWIS & LLEWELLYN LLP
Paul T. Llewellyn (Bar No. 216887)
pllewellyn@lewisllewellyn.com
Nicolas V. Saenz (Bar No. 284087)
nsaenz@lewisllewellyn.com
Tobias Snyder (Bar No. 289095)
tsnyder@lewisllewellyn.com
601 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone:   (415) 800-0590
Facsimile:    (415) 390-2127

Attorneys for Plaintiff
TOP AGENT NETWORK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOP AGENT NETWORK, INC., <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL ASSOCIATION OF REALTORS; CALIFORNIA ASSOCIATION OF REALTORS, INC.; SAN FRANCISCO ASSOCIATION OF REALTORS, <br><br> Defendants. | CASE NO. 3:20-cv-03198 VC <br><br> **STIPULATION AND [** ~~PROPOSED~~ **] ORDER REGARDING TIME TO FILE AMENDED COMPLAINT AND BRIEFING SCHEDULE REGARDING MOTION TO DISMISS** <br><br> Judge:   Hon. Vince Chhabria <br><br> Complaint Filed: May 11, 2020 |

Pursuant to Civil Local Rules 6-1, 6-2 and 7-12, the parties hereby stipulate to extend the time for Plaintiff to file an amended complaint as a matter of course and the deadline for Defendants to answer, move, or otherwise respond to the amended complaint.

## RECITALS

WHEREAS, Plaintiff filed its Complaint in this action on May 11, 2020 (ECF No. 1);

WHEREAS, on June 1, 2020, pursuant to the parties' stipulation, the Court extended the time for Defendants to answer, move, or otherwise respond to the Complaint (ECF No. 30);

WHEREAS, pursuant to the Court's order, Defendants filed their motions to dismiss the Complaint on July 10, 2020 (ECF Nos. 40-41), and a hearing on these motions is currently set for September 17, 2020 at 10:00 am;

WHEREAS, Plaintiff currently has until July 31, 2020 to amend its complaint as a matter of course;

WHEREAS, the parties agree that there is good cause to extend the time for Plaintiff to amend its complaint as a matter of course;

WHEREAS, the parties agree that there is good cause to extend the time for Defendants to answer, move, or otherwise respond to Plaintiff's amended complaint once filed;

WHEREAS, this stipulation and proposed order, if granted, would alleviate the need for the September 17, 2020 hearing on Defendants' motion to dismiss;

THEREFORE, the parties, through their counsel, hereby stipulate as follows:

1. Plaintiff's time to amend its complaint as a matter of course is extended until August 21, 2020;

2. Defendants' time to answer, move, or otherwise respond to the amended complaint is extended until October 2, 2020;

3. Plaintiff's opposition to any motion to dismiss filed by Defendants is due October 23, 2020;

4. Defendants' reply in support of any motion to dismiss is due November 6, 2020.

**IT IS SO STIPULATED.**

DATED: July 23, 2020                          LEWIS & LLEWELLYN LLP

By */s/ Paul T. Llewellyn*
Paul T. Llewellyn
pllewellyn@lewisllewellyn.com
Nicolas V. Saenz
nsaenz@lewisllewellyn.com
Tobias George Snyder
tsnyder@lewisllewellyn.com
601 Montgomery St., Suite 2000
San Francisco, CA 94111
Telephone:    415-800-0590

*Attorneys for Plaintiff*
*Top Agent Network, Inc.*

DATED: July 23, 2020                          QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Ethan Glass*
Ethan Glass (Bar No. 216159)
ethanglass@quinnemanuel.com
Michael D. Bonanno (*pro hac vice* pending)
mikebonanno@quinnemanuel.com
1300 I St. NW, Suite 900
Washington, District of Columbia 20005
Telephone:    (202) 538-8000
Facsimile:    (202) 538-8100

*Attorneys for Defendants*
*National Association of REALTORS®,*
*California Association of REALTORS®, Inc., and*
*San Francisco Association of REALTORS®*

2

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Date: 7/27/2020

                                                      Hon. Vince Chhabria
                                                      United States District Judge

3

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this stipulation has been obtained from each signatory herein.


By: <u>/s/ Paul T. Llewellyn</u>
Paul T. Llewellyn