LEWIS & LLEWELLYN LLP
Paul T. Llewellyn (Bar No. 216887)
pllewellyn@lewisllewellyn.com
Nicolas V. Saenz (Bar No. 284087)
nsaenz@lewisllewellyn.com
Tobias Snyder (Bar No. 289095)
tsnyder@lewisllewellyn.com
601 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone:    (415) 800-0590
Facsimile:    (415) 390-2127

Attorneys for Plaintiff
TOP AGENT NETWORK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOP AGENT NETWORK, INC., <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL ASSOCIATION OF REALTORS; CALIFORNIA ASSOCIATION OF REALTORS, INC.; SAN FRANCISCO ASSOCIATION OF REALTORS, <br><br> Defendants. | CASE NO. 3:20-CV-03198 VC <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER REGARDING CASE MANAGEMENT CONFERENCE AND RULE 26(f) REPORT** <br><br> Judge:      Hon. Vince Chhabria <br><br> Complaint Filed: May 11, 2020 |

Pursuant to Civil Local Rules 6-2 and 7-12, the parties hereby stipulate to continue the Case Management Conference and Rule 26(f) Report to a time convenient for the Court.

## RECITALS

WHEREAS, plaintiff filed its Complaint in this action on May 11, 2020 (Dkt. 1);

WHEREAS, Defendants' pending Motion to Dismiss (Dkt. 50) is set to be heard on December 3, 2020;

WHEREAS, the Court set a Case Management Conference (Dkt. 47) for December 8, 2020;

WHEREAS, the parties agree that it would be more efficient, and preserve party and judicial resources, for the Case Management Conference to be continued to a time after the Motion to Dismiss is decided;

THEREFORE, the parties, through their counsel, hereby stipulate that:

- the Case Management Conference, initial disclosures and meet and confer requirements relating to discovery are premature;

- ~~the parties request that the Court take the CMC off calendar and reset it after a ruling on the pending Motion to Dismiss;~~ The CMC is continued to January 20, 2021 at 10:00 a.m. A joint case management statement is due January 13.

- Following a ruling on the motion, the parties will meet and confer regarding a proposed schedule for initial disclosures and related dates.

**IT IS SO STIPULATED.**

**[signatures attached]**

1

DATED: November 12, 2020          LEWIS & LLEWELLYN LLP


By */s/ Paul T. Llewellyn*
    Paul T. Llewellyn
    pllewellyn@lewisllewellyn.com
    Nicolas V. Saenz
    nsaenz@lewisllewellyn.com
    Tobias George Snyder
    tsnyder@lewisllewellyn.com
    601 Montgomery St., Suite 2000
    San Francisco, CA 94111
    Telephone:     415-800-0590

    *Attorneys for Plaintiff*
    *Top Agent Network, Inc.*


DATED: November 12, 2020          QUINN EMANUEL URQUHART &
                                     SULLIVAN, LLP


By */s/ Ethan Glass*
    Ethan Glass (Bar No. 216159)
    ethanglass@quinnemanuel.com
    Michael D. Bonanno (*pro hac vice* pending)
    mikebonanno@quinnemanuel.com
    1300 I St. NW, Suite 900
    Washington, District of Columbia 20005
    Telephone:     (202) 538-8000
    Facsimile:     (202) 538-8100

    *Attorneys for Defendants*
    *National Association of REALTORS®,*
    *California Association of REALTORS®, Inc., and*
    *San Francisco Association of REALTORS®*


**PURSUANT TO THE PARTIES' STIPULATION <span style="color:red">AS AMENDED</span>, IT IS SO ORDERED.**


Date: November 13, 2020

    Hon. Vince Chhabria
    United States District Judge

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this stipulation has been obtained from each signatory herein.


By: _  /s/ Paul T. Llewellyn_
Paul T. Llewellyn