# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

| | |
|---|---|
| Name of U.S. District Court: | NORTHERN DISTRICT OF CALIFORNIA |
| U.S. District Court case number: | 3:20-CV-03198 VC |
| Date case was first filed in U.S. District Court: | 05/11/2020 |
| Date of judgment or order you are appealing: | 08/16/2021 |

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☉ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

TOP AGENT NETWORK, INC.

Is this a cross-appeal?   ○ Yes   ☉ No

If Yes, what is the first appeal case number? ____

Was there a previous appeal in this case?   ○ Yes   ☉ No

If Yes, what is the prior appeal case number? ____

Your mailing address:

Lewis & Llewellyn LLP

601 Montgomery St., Suite 2000

City: San Francisco   State: CA   Zip Code: 94111

Prisoner Inmate or A Number (if applicable): ____

**Signature** /s/ Paul T. Llewellyn   **Date** Sep 10, 2021

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at [forms@ca9.uscourts.gov](mailto:forms@ca9.uscourts.gov)*

**Form 1**   Rev. 12/01/2018

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
TOP AGENT NETWORK, INC.

Name(s) of counsel (if any):
LEWIS & LLEWELLYN LLP
Paul T. Llewellyn;
Tobias Snyder;

Address: 601 Montgomery St., Suite 2000, San Francisco, CA 94111

Telephone number(s): (415) 800-0590

Email(s): pllewellyn@lewisllewellyn.com; tsnyder@lewisllewellyn.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
NATIONAL ASSOCIATION OF REALTORS and SAN FRANCISCO ASSOCIATION OF REALTORS

Name(s) of counsel (if any):
QUINN EMANUEL URQUHART AND SULLIVAN, LLP
Ethan Glass;
Michael Domenic Bonanno; continued on next page

Address: 1300 I Street NW, Suite 900 Washington, D.C. 20005

Telephone number(s): (202) 538-8000

Email(s): ethanglass@quinnemanuel.com; mikebonanno@quinnemanuel.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                     1                                 *Rev. 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes  ○ No

**Appellees**

Name(s) of party/parties:

NATIONAL ASSOCIATION OF REALTORS and SAN FRANCISCO ASSOCIATION OF REALTORS

Name(s) of counsel (if any):

Peter Joseph Benson;
William Anthony Burck;

Address: 1300 I Street NW, Suite 900 Washington, D.C. 20005

Telephone number(s): (202) 538-8000

Email(s): peterbenson@quinnemanuel.com; williamburck@quinnemanuel.com;

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**  2  Rev. 12/01/2018