UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOP AGENT NETWORK, INC., <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL ASSOCIATION OF REALTORS, et al., <br><br> Defendants. | Case No. 20-cv-03198-VC <br><br> **ORDER REOPENING CASE, VACATING ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE, AND SETTING CASE MANAGEMENT CONFERENCE** |

On August 28, 2023, the Ninth Circuit entered a ruling vacating this Court's August 16, 2021, order granting the motion to dismiss the complaint with prejudice and remanding for reconsideration. *See* Dkt. No. 99. A mandate was issued under Rule 41(a) of the Federal Rules of Appellate Procedure on September 19, 2023. *See* Dkt. No. 100. Based on the Ninth Circuit's ruling, the Court reopens this action and vacates the August 16, 2021, order granting the motion to dismiss. A case management conference is set on January 26, 2024. A case management statement is due on January 19, 2024.

**IT IS SO ORDERED.**

Dated: December 18, 2023

VINCE CHHABRIA
United States District Judge