LEWIS & LLEWELLYN LLP
Paul T. Llewellyn (Bar No. 216887)
pllewellyn@lewisllewellyn.com
Tobias G. Snyder (Bar No. 289095)
tsnyder@lewisllewellyn.com
601 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 800-0590

Attorneys for Plaintiff
TOP AGENT NETWORK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOP AGENT NETWORK, INC., <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL ASSOCIATION OF REALTORS; SAN FRANCISCO ASSOCIATION OF REALTORS, <br><br> Defendants. | Case No. 3:20-CV-03198 VC <br><br> **STIPULATION OF VOLUNTARY DISMISSAL AND FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT; [PROPOSED] ORDER** <br><br> Judge: Hon. Vince Chhabria <br> Complaint Filed: May 11, 2020 |

Pursuant to Rules 15(a)(2) and 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Top Agent Network, Inc. ("Plaintiff") and Defendants National Association of Realtors ("NAR") and San Francisco Association of Realtors ("SFAR," and collectively with NAR, "Defendants") hereby stipulate and agree:

WHEREAS, the Parties have agreed that Defendant SFAR shall be dismissed from this action with prejudice as to all claims and causes of action brought by Plaintiff TAN against Defendant SFAR;

WHEREAS, the Parties have agreed that, for this matter only and in exchange for dismissing Defendant SFAR, Defendant NAR will not challenge this Court's subject matter or personal jurisdiction over the Parties or this particular case, or to venue of this particular case in this Court (while NAR does not waive, and expressly reserves, the ability to challenge jurisdiction or venue in any other cases);

WHEREAS, the Parties have agreed that each party shall bear its own attorney's fees and costs with regard to the claims and causes of action dismissed by this Stipulation; and

WHEREAS, the Parties have agreed that TAN may and shall file the Fourth Amended Complaint, submitted herewith, conforming the pleading to SFAR's dismissal and removing certain allegations specific to SFAR;

WHEREAS, the Parties have agreed that NAR shall have 30 days to respond to the Fourth Amended Complaint, and that such an extension shall not impact the ability of the Parties to meet the deadlines set by the Court in this case.

THEREFORE, the Parties, through their counsel, hereby stipulate to and request that the Court dismiss Defendant SFAR with prejudice as to all claims and causes of action, with all Parties bearing their own attorney's fees and costs with regard to such dismissed claims and

causes of action; and that TAN shall file the Fourth Amended Complaint.

    IT IS SO STIPULATED.


Dated: September 30, 2024                LEWIS & LLEWELLYN LLP

                                                By: */s/ Tobias G. Snyder*
                                                      Paul T. Llewellyn
                                                        Tobias G. Snyder
                                                        Attorneys for Plaintiff
                                                        Top Agent Network, Inc.


Dated: September 30, 2024                COOLEY, LLP

                                                By: */s/ Ethan Glass*
                                                       Ethan Glass
                                                        Michael D. Bonanno (*pro hac vice*)
                                                        Attorneys for Defendants
                                                        National Association of REALTORS®, and
                                                         San Francisco Association of REALTORS®

## **PROPOSED ORDER**

Pursuant to Stipulation, it is hereby ORDERED that Defendant San Francisco Association of Realtors is dismissed with prejudice as to all claims and causes of action, with all Parties bearing their own attorney's fees and costs with regard to such claims and causes of action.

Plaintiff Top Agent Network, Inc. shall file the Fourth Amended Complaint within three (3) days of this Order.

Notwithstanding Federal Rule of Civil Procedure 15(a)(3), NAR shall have 30 days, from the time of that filing, to respond to the Fourth Amended Complaint.

IT IS SO ORDERED.

Dated: _____    By: _____
                                     Hon. Vince Chhabria
                                     United States District Judge

## SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this stipulation has been obtained from each signatory herein.

By: /s/ *Tobias G. Snyder*
Tobias G. Snyder