LEWIS & LLEWELLYN LLP
Paul T. Llewellyn (Bar No. 216887)
pllewellyn@lewisllewellyn.com
Tobias G. Snyder (Bar No. 289095)
tsnyder@lewisllewellyn.com
601 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 800-0590
Facsimile: (415) 390-2127

Attorneys for Plaintiff
TOP AGENT NETWORK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOP AGENT NETWORK, INC.,<br><br>　　　　Plaintiff,<br>　v.<br><br>NATIONAL ASSOCIATION OF REALTORS,<br><br>　　　　Defendant. | CASE NO. 3:20-CV-03198 VC<br><br>**STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE**<br><br>Judge: Hon. Vince Chhabria<br><br>Complaint Filed: May 11, 2020 |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Top Agent Network, Inc. and Defendant National Association of Realtors hereby stipulate and agree to the dismissal *without prejudice* of this action. The parties shall each bear their own attorneys' fees, costs and expenses.

**IT IS SO STIPULATED.**

Dated: January 13, 2025                     LEWIS & LLEWELLYN LLP

By: */s/ Paul T. Llewellyn*
Paul T. Llewellyn
Tobias G. Snyder
*Attorneys for Plaintiff*
*Top Agent Network, Inc.*

Dated: January 13, 2025                     COOLEY, LLP

By */s/ Ethan Glass*
Ethan Glass
Michael D. Bonanno (*pro hac vice*)
*Attorneys for Defendants*
*National Association of REALTORS®*

## SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this stipulation has been obtained from each signatory herein.

By: */s/ Paul T. Llewellyn*
Paul T. Llewellyn